United States District Court
Southern District of Texas
FILED
OCT 2 4 2005
Michael N. Milby, Clerk
TDH

United States District Court
Southern District of Texas
ENTERED
OCT 2 7 2005  BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. L-05-CR-123 |
| Donald Joe Lamb Jr | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on October 11, 2005, and the Court finds and holds that it should be adopted.

    IT IS SO ORDERED.

    SIGNED this 24 day of October, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE